

**August 16, 2018 11:15pm RECAP**

▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮ all went to a house party together on Stadium Avenue by McDonald's. Everyone was drinking and there were about 30 people total in the house. There was a DJ booth in the main dance room and everyone was dancing and laughing and having a good time. I remember I was dancing/talking with my guy friend on one of the elevated tables in the corner of the room and looked over and saw ▮▮▮▮▮ and the girl dancing together and having fun. I vividly remember the girl smiling and grinding on ▮▮▮▮▮. Then I remember the two kissing and making out (still on the dance floor) and both of them were giving effort. It was a very mutual experience. I then left the party kinda early and did not see ▮▮▮▮ for the rest of the night.

**Exhibit 1**