████████
Witness
9/1/2018

On Thursday August 16th there were two parties that ████████ and I attended. The first one was at 207 W Stadium at a swimmer friend's house. It started around 8pm and that is where I saw ████████ and ████████ for the first time. ████████ brought two other friends with her to the party so me and ████████ started a conversation with them. We were talking and getting to know each other. After the first party was over, a group of friends including ████████ and her friends went to another party. I was in that group too. In the second party, I did not see ████████ and ████████ for most of the time while we were there. I just saw him at the very end when the party ended. So far, through my perspective, the interactions between ████████ and ████████ were normal. I never saw any signs of violence or aggressive behavior throughout the whole night. After the second party was over, ████████ myself, ████████ and one other friend of ████████ walked back to ████████ dorm. We walked them back because to make sure they were safe. On our way back I clearly remember ████████ talking about how she got sexually assaulted by another black male not too long ago. She said that she got drunk and went to a restroom. This other male walked in and she gave him oral sex too. By the time we were walking back I believe we were all sober. In my opinion, we were all conscious of our words and actions. We got to their dorms, and I had to use the restroom so ████████ and ████████ went to ████████ room and myself and ████████ friend showed me where the restroom was. After I was done, ████████ friend and I went to in front of ████████ room. I opened the door, and I saw ████████ giving oral sex to ████████ ████████ had all his clothes on while ████████ did not have her shirt on. I could see clearly how she was not getting forced to do anything, and she seemed to do all the work. I closed the door right after I saw it, and I promptly left the dorms.

**Exhibit 2**