SIGN UP

# Has Your School Been Investigated for Civil Rights Violations?

By *Lena Groeger* and *Annie Waldman*, June 21, 2018

**SEXUAL HARASSMENT**

May 2017                                               May 2018

**RACIAL HARASSMENT**

**DISABILITY HARASSMENT**

**DISCIPLINE**



10 cases

Cases that found violations or corrective changes

Every year, the U.S. Department of Education investigates thousands of school districts and colleges around the country for civil rights violations ranging from racial discrimination in school discipline to sexual violence. *Related: DeVos Has Scuttled More Than 1,200 Civil Rights Probes Inherited from Obama →*

For the first time ever, ProPublica is making available the status of all of the civil rights cases that have been resolved during the past three years, as well as pending investigations. See if your school district or college is being investigated for civil rights violations and why.

## Check if Your School Has Been Investigated

Exhibit 5, p.1

Has Your School Been Investigated for Civil Rights Violations? | ProPublica

Purdue

Examples: New York City Department of Education, University of Southern California

| |
|---|
| INDIANA UNIVERSITY-**PURDUE** UNIVERSITY-INDIANAPOLIS, IN |
| **PURDUE** UNIVERSITY-CALUMET CAMPUS, IN |
| INDIANA UNIVERSITY-**PURDUE** UNIVERSITY-FORT WAYNE, IN |
| **PURDUE** UNIVERSITY-MAIN CAMPUS, IN |
| **PURDUE** UNIVERSITY-NORTH CENTRAL CAMPUS, IN |
| **PURDUE** UNIVERSITY - NORTHWEST, IN |

**Resolved Cases**

■ 8 cases had no violations or corrective changes

Jan 2015Thu, Jan 01Fri, Jan 02Sat, Jan 03Sun, Jan 04Mon, Jan 05Tue, Jan 06Wed, Jan 07Thu, Jan 08Fri, Jan 09Sat, Jan 10Sun, Jan 11Mon, Jan 12Tue, Jan 13Wed, Jan 14Thu, Jan 15Fri, Jan 16Sat, Jan 17Sun, Jan 18Mon, Jan 19Tue, Jan 20Wed, Jan 21Thu, Jan 22Fri, Jan 23Sat, Jan 24Sun, Jan 25Mon, Jan 26Tue, Jan 27Wed, Jan 28Thu, Jan 29Fri, Jan 30Sat, Jan 31FebSun, Feb 01Mon, Feb 02Tue, Feb 03Wed, Feb 04Thu, Feb 05Fri, Feb 06Sat, Feb 07Sun, Feb 08Mon, Feb 09Tue, Feb 10Wed, Feb 11Thu, Feb 12Fri, Feb 13Sat, Feb 14Sun, Feb 15Mon, Feb 16Tue, Feb 17Wed, Feb 18Thu, Feb 19Fri, Feb 20Sat, Feb 21Sun, Feb 22Mon, Feb 23Tue, Feb 24Wed, Feb 25Thu, Feb 26Fri, Feb 27Sat, Feb 28MarSun, Mar 01Mon, Mar 02Tue, Mar 03Wed, Mar 04Thu, Mar 05Fri, Mar 06Sat, Mar 07Sun, Mar 08Mon, Mar 09Tue, Mar 10Wed, Mar 11Thu, Mar 12Fri, Mar 13Sat, Mar 14Sun, Mar 15Mon, Mar 16Tue, Mar 17Wed, Mar 18Thu, Mar 19Fri, Mar 20Sat, Mar 21Sun, Mar 22Mon, Mar 23Tue, Mar 24Wed, Mar 25Thu, Mar 26Fri, Mar 27Sat, Mar 28Sun, Mar 29Mon, Mar 30Tue, Mar 31AprWed, Apr 01Thu, Apr 02Fri, Apr 03Sat, Apr 04Sun, Apr 05Mon, Apr 06Tue, Apr 07Wed, Apr 08Thu, Apr 09Fri, Apr 10Sat, Apr 11Sun, Apr 12Mon, Apr 13Tue, Apr 14Wed, Apr 15Thu, Apr 16Fri, Apr 17Sat, Apr 18Sun, Apr 19Mon, Apr 20Tue, Apr 21Wed, Apr 22Thu, Apr 23Fri, Apr 24Sat, Apr 25Sun, Apr 26Mon, Apr 27Tue, Apr 28Wed, Apr 29Thu, Apr 30MayFri, May 01Sat, May 02Sun, May 03Mon, May 04Tue, May 05Wed, May 06Thu, May 07Fri, May 08Sat, May 09Sun, May 10Mon, May 11Tue, May 12Wed, May 13Thu, May 14Fri, May 15Sat, May 16Sun, May 17Mon, May 18Tue, May 19Wed, May 20Thu, May 21Fri,

**Exhibit 5, p.2**

MaySat, May 23Sun, May 24Mon, May 25Tue, May 26Wed, May 27Thu, May 28Fri, May 29Sat, May 30Sun, May 31JunMon, Jun 01Tue, Jun 02Wed, Jun 03Thu, Jun 04Fri, Jun 05Sat, Jun 06Sun, Jun 07Mon, Jun 08Tue, Jun 09Wed, Jun 10Thu, Jun 11Fri, Jun 12Sat, Jun 13Sun, Jun 14Mon, Jun 15Tue, Jun 16Wed, Jun 17Thu, Jun 18Fri, Jun 19Sat, Jun 20Sun, Jun 21Mon, Jun 22Tue, Jun 23Wed, Jun 24Thu, Jun 25Fri, Jun 26Sat, Jun 27Sun, Jun 28Mon, Jun 29Tue, Jun 30JulWed, Jul 01Thu, Jul 02Fri, Jul 03Sat, Jul 04Sun, Jul 05Mon, Jul 06Tue, Jul 07Wed, Jul 08Thu, Jul 09Fri, Jul 10Sat, Jul 11Sun, Jul 12Mon, Jul 13Tue, Jul 14Wed, Jul 15Thu, Jul 16Fri, Jul 17Sat, Jul 18Sun, Jul 19Mon, Jul 20Tue, Jul 21Wed, Jul 22Thu, Jul 23Fri, Jul 24Sat, Jul 25Sun, Jul 26Mon, Jul 27Tue, Jul 28Wed, Jul 29Thu, Jul 30Fri, Jul 31AugSat, Aug 01Sun, Aug 02Mon, Aug 03Tue, Aug 04Wed, Aug 05Thu, Aug 06Fri, Aug 07Sat, Aug 08Sun, Aug 09Mon, Aug 10Tue, Aug 11Wed, Aug 12Thu, Aug 13Fri, Aug 14Sat, Aug 15Sun, Aug 16Mon, Aug 17Tue, Aug 18Wed, Aug 19Thu, Aug 20Fri, Aug 21Sat, Aug 22Sun, Aug 23Mon, Aug 24Tue, Aug 25Wed, Aug 26Thu, Aug 27Fri, Aug 28Sat, Aug 29Sun, Aug 30Mon, Aug 31SepTue, Sep 01Wed, Sep 02Thu, Sep 03Fri, Sep 04Sat, Sep 05Sun, Sep 06Mon, Sep 07Tue, Sep 08Wed, Sep 09Thu, Sep 10Fri, Sep 11Sat, Sep 12Sun, Sep 13Mon, Sep 14Tue, Sep 15Wed, Sep 16Thu, Sep 17Fri, Sep 18Sat, Sep 19Sun, Sep 20Mon, Sep 21Tue, Sep 22Wed, Sep 23Thu, Sep 24Fri, Sep 25Sat, Sep 26Sun, Sep 27Mon, Sep 28Tue, Sep 29Wed, Sep 30OctThu, Oct 01Fri, Oct 02Sat, Oct 03Sun, Oct 04Mon, Oct 05Tue, Oct 06Wed, Oct 07Thu, Oct 08Fri, Oct 09Sat, Oct 10Sun, Oct 11Mon, Oct 12Tue, Oct 13Wed, Oct 14Thu, Oct 15Fri, Oct 16Sat, Oct 17Sun, Oct 18Mon, Oct 19Tue, Oct 20Wed, Oct 21Thu, Oct 22Fri, Oct 23Sat, Oct 24Sun, Oct 25Mon, Oct 26Tue, Oct 27Wed, Oct 28Thu, Oct 29Fri, Oct 30Sat, Oct 31NovSun, Nov 01Mon, Nov 02Tue, Nov 03Wed, Nov 04Thu, Nov 05Fri, Nov 06Sat, Nov 07Sun, Nov 08Mon, Nov 09Tue, Nov 10Wed, Nov 11Thu, Nov 12Fri, Nov 13Sat, Nov 14Sun, Nov 15Mon, Nov 16Tue, Nov 17Wed, Nov 18Thu, Nov 19Fri, Nov 20Sat, Nov 21Sun, Nov 22Mon, Nov 23Tue, Nov 24Wed, Nov 25Thu, Nov 26Fri, Nov 27Sat, Nov 28Sun, Nov 29Mon, Nov 30DecTue, Dec 01Wed, Dec 02Thu, Dec 03Fri, Dec 04Sat, Dec 05Sun, Dec 06Mon, Dec 07Tue, Dec 08Wed, Dec 09Thu, Dec 10Fri, Dec 11Sat, Dec 12Sun, Dec 13Mon, Dec 14Tue, Dec 15Wed, Dec 16Thu, Dec 17Fri, Dec 18Sat, Dec 19Sun, Dec 20Mon, Dec 21Tue, Dec 22Wed, Dec 23Thu, Dec 24Fri, Dec 25Sat, Dec 26Sun, Dec 27Mon, Dec 28Tue, Dec 29Wed, Dec 30Thu, Dec 31Jan 2016Fri, Jan 01Sat, Jan 02Sun, Jan 03Mon, Jan 04Tue, Jan 05Wed, Jan 06Thu, Jan 07Fri, Jan 08Sat, Jan 09Sun, Jan 10Mon, Jan 11Tue, Jan 12Wed, Jan 13Thu, Jan 14Fri, Jan 15Sat, Jan 16Sun, Jan 17Mon, Jan 18Tue, Jan 19Wed, Jan 20Thu, Jan 21Fri, Jan 22Sat, Jan 23Sun, Jan 24Mon, Jan 25Tue, Jan 26Wed, Jan 27Thu, Jan 28Fri, Jan 29Sat, Jan 30Sun, Jan 31FebMon, Feb 01Tue, Feb 02Wed, Feb 03Thu, Feb 04Fri, Feb 05Sat, Feb 06Sun, Feb 07Mon, Feb 08Tue, Feb 09Wed, Feb 10Thu, Feb 11Fri, Feb 12Sat, Feb 13Sun, Feb 14Mon,

**Exhibit 5, p.3**

Tue, Feb 16Wed, Feb 17Thu, Feb 18Fri, Feb 19Sat, Feb 20Sun, Feb 21Mon, Feb 22Tue, Feb 23Wed, Feb 24Thu, Feb 25Fri, Feb 26Sat, Feb 27Sun, Feb 28Mon, Feb 29MarTue, Mar 01Wed, Mar 02Thu, Mar 03Fri, Mar 04Sat, Mar 05Sun, Mar 06Mon, Mar 07Tue, Mar 08Wed, Mar 09Thu, Mar 10Fri, Mar 11Sat, Mar 12Sun, Mar 13Mon, Mar 14Tue, Mar 15Wed, Mar 16Thu, Mar 17Fri, Mar 18Sat, Mar 19Sun, Mar 20Mon, Mar 21Tue, Mar 22Wed, Mar 23Thu, Mar 24Fri, Mar 25Sat, Mar 26Sun, Mar 27Mon, Mar 28Tue, Mar 29Wed, Mar 30Thu, Mar 31AprFri, Apr 01Sat, Apr 02Sun, Apr 03Mon, Apr 04Tue, Apr 05Wed, Apr 06Thu, Apr 07Fri, Apr 08Sat, Apr 09Sun, Apr 10Mon, Apr 11Tue, Apr 12Wed, Apr 13Thu, Apr 14Fri, Apr 15Sat, Apr 16Sun, Apr 17Mon, Apr 18Tue, Apr 19Wed, Apr 20Thu, Apr 21Fri, Apr 22Sat, Apr 23Sun, Apr 24Mon, Apr 25Tue, Apr 26Wed, Apr 27Thu, Apr 28Fri, Apr 29Sat, Apr 30MaySun, May 01Mon, May 02Tue, May 03Wed, May 04Thu, May 05Fri, May 06Sat, May 07Sun, May 08Mon, May 09Tue, May 10Wed, May 11Thu, May 12Fri, May 13Sat, May 14Sun, May 15Mon, May 16Tue, May 17Wed, May 18Thu, May 19Fri, May 20Sat, May 21Sun, May 22Mon, May 23Tue, May 24Wed, May 25Thu, May 26Fri, May 27Sat, May 28Sun, May 29Mon, May 30Tue, May 31JunWed, Jun 01Thu, Jun 02Fri, Jun 03Sat, Jun 04Sun, Jun 05Mon, Jun 06Tue, Jun 07Wed, Jun 08Thu, Jun 09Fri, Jun 10Sat, Jun 11Sun, Jun 12Mon, Jun 13Tue, Jun 14Wed, Jun 15Thu, Jun 16Fri, Jun 17Sat, Jun 18Sun, Jun 19Mon, Jun 20Tue, Jun 21Wed, Jun 22Thu, Jun 23Fri, Jun 24Sat, Jun 25Sun, Jun 26Mon, Jun 27Tue, Jun 28Wed, Jun 29Thu, Jun 30JulFri, Jul 01Sat, Jul 02Sun, Jul 03Mon, Jul 04Tue, Jul 05Wed, Jul 06Thu, Jul 07Fri, Jul 08Sat, Jul 09Sun, Jul 10Mon, Jul 11Tue, Jul 12Wed, Jul 13Thu, Jul 14Fri, Jul 15Sat, Jul 16Sun, Jul 17Mon, Jul 18Tue, Jul 19Wed, Jul 20Thu, Jul 21Fri, Jul 22Sat, Jul 23Sun, Jul 24Mon, Jul 25Tue, Jul 26Wed, Jul 27Thu, Jul 28Fri, Jul 29Sat, Jul 30Sun, Jul 31AugMon, Aug 01Tue, Aug 02Wed, Aug 03Thu, Aug 04Fri, Aug 05Sat, Aug 06Sun, Aug 07Mon, Aug 08Tue, Aug 09Wed, Aug 10Thu, Aug 11Fri, Aug 12Sat, Aug 13Sun, Aug 14Mon, Aug 15Tue, Aug 16Wed, Aug 17Thu, Aug 18Fri, Aug 19Sat, Aug 20Sun, Aug 21Mon, Aug 22Tue, Aug 23Wed, Aug 24Thu, Aug 25Fri, Aug 26Sat, Aug 27Sun, Aug 28Mon, Aug 29Tue, Aug 30Wed, Aug 31SepThu, Sep 01Fri, Sep 02Sat, Sep 03Sun, Sep 04Mon, Sep 05Tue, Sep 06Wed, Sep 07Thu, Sep 08Fri, Sep 09Sat, Sep 10Sun, Sep 11Mon, Sep 12Tue, Sep 13Wed, Sep 14Thu, Sep 15Fri, Sep 16Sat, Sep 17Sun, Sep 18Mon, Sep 19Tue, Sep 20Wed, Sep 21Thu, Sep 22Fri, Sep 23Sat, Sep 24Sun, Sep 25Mon, Sep 26Tue, Sep 27Wed, Sep 28Thu, Sep 29Fri, Sep 30OctSat, Oct 01Sun, Oct 02Mon, Oct 03Tue, Oct 04Wed, Oct 05Thu, Oct 06Fri, Oct 07Sat, Oct 08Sun, Oct 09Mon, Oct 10Tue, Oct 11Wed, Oct 12Thu, Oct 13Fri, Oct 14Sat, Oct 15Sun, Oct 16Mon, Oct 17Tue, Oct 18Wed, Oct 19Thu, Oct 20Fri, Oct 21Sat, Oct 22Sun, Oct 23Mon, Oct 24Tue, Oct 25Wed, Oct 26Thu, Oct 27Fri, Oct 28Sat, Oct 29Sun, Oct 30Mon, Oct 31NovTue, Nov 01Wed, Nov 02Thu, Nov 03Fri, Nov 04Sat, Nov 05Sun, Nov 06Mon, Nov 07Tue, Nov 08Wed, Nov 09Thu, Nov 10Fri,

**Exhibit 5, p.4**

Nov 18Sat, Nov 19Sun, Nov 20Mon, Nov 21Tue, Nov 22Wed, Nov 23Thu, Nov 24Fri, Nov 25Sat, Nov 26Sun, Nov 27Mon, Nov 28Tue, Nov 29Wed, Nov 30DecThu, Dec 01Fri, Dec 02Sat, Dec 03Sun, Dec 04Mon, Dec 05Tue, Dec 06Wed, Dec 07Thu, Dec 08Fri, Dec 09Sat, Dec 10Sun, Dec 11Mon, Dec 12Tue, Dec 13Wed, Dec 14Thu, Dec 15Fri, Dec 16Sat, Dec 17Sun, Dec 18Mon, Dec 19Tue, Dec 20Wed, Dec 21Thu, Dec 22Fri, Dec 23Sat, Dec 24Sun, Dec 25Mon, Dec 26Tue, Dec 27Wed, Dec 28Thu, Dec 29Fri, Dec 30Sat, Dec 31Jan 2017Sun, Jan 01Mon, Jan 02Tue, Jan 03Wed, Jan 04Thu, Jan 05Fri, Jan 06Sat, Jan 07Sun, Jan 08Mon, Jan 09Tue, Jan 10Wed, Jan 11Thu, Jan 12Fri, Jan 13Sat, Jan 14Sun, Jan 15Mon, Jan 16Tue, Jan 17Wed, Jan 18Thu, Jan 19Fri, Jan 20Sat, Jan 21Sun, Jan 22Mon, Jan 23Tue, Jan 24Wed, Jan 25Thu, Jan 26Fri, Jan 27Sat, Jan 28Sun, Jan 29Mon, Jan 30Tue, Jan 31FebWed, Feb 01Thu, Feb 02Fri, Feb 03Sat, Feb 04Sun, Feb 05Mon, Feb 06Tue, Feb 07Wed, Feb 08Thu, Feb 09Fri, Feb 10Sat, Feb 11Sun, Feb 12Mon, Feb 13Tue, Feb 14Wed, Feb 15Thu, Feb 16Fri, Feb 17Sat, Feb 18Sun, Feb 19Mon, Feb 20Tue, Feb 21Wed, Feb 22Thu, Feb 23Fri, Feb 24Sat, Feb 25Sun, Feb 26Mon, Feb 27Tue, Feb 28MarWed, Mar 01Thu, Mar 02Fri, Mar 03Sat, Mar 04Sun, Mar 05Mon, Mar 06Tue, Mar 07Wed, Mar 08Thu, Mar 09Fri, Mar 10Sat, Mar 11Sun, Mar 12Mon, Mar 13Tue, Mar 14Wed, Mar 15Thu, Mar 16Fri, Mar 17Sat, Mar 18Sun, Mar 19Mon, Mar 20Tue, Mar 21Wed, Mar 22Thu, Mar 23Fri, Mar 24Sat, Mar 25Sun, Mar 26Mon, Mar 27Tue, Mar 28Wed, Mar 29Thu, Mar 30Fri, Mar 31AprSat, Apr 01Sun, Apr 02Mon, Apr 03Tue, Apr 04Wed, Apr 05Thu, Apr 06Fri, Apr 07Sat, Apr 08Sun, Apr 09Mon, Apr 10Tue, Apr 11Wed, Apr 12Thu, Apr 13Fri, Apr 14Sat, Apr 15Sun, Apr 16Mon, Apr 17Tue, Apr 18Wed, Apr 19Thu, Apr 20Fri, Apr 21Sat, Apr 22Sun, Apr 23Mon, Apr 24Tue, Apr 25Wed, Apr 26Thu, Apr 27Fri, Apr 28Sat, Apr 29Sun, Apr 30MayMon, May 01Tue, May 02Wed, May 03Thu, May 04Fri, May 05Sat, May 06Sun, May 07Mon, May 08Tue, May 09Wed, May 10Thu, May 11Fri, May 12Sat, May 13Sun, May 14Mon, May 15Tue, May 16Wed, May 17Thu, May 18Fri, May 19Sat, May 20Sun, May 21Mon, May 22Tue, May 23Wed, May 24Thu, May 25Fri, May 26Sat, May 27Sun, May 28Mon, May 29Tue, May 30Wed, May 31JunThu, Jun 01Fri, Jun 02Sat, Jun 03Sun, Jun 04Mon, Jun 05Tue, Jun 06Wed, Jun 07Thu, Jun 08Fri, Jun 09Sat, Jun 10Sun, Jun 11Mon, Jun 12Tue, Jun 13Wed, Jun 14Thu, Jun 15Fri, Jun 16Sat, Jun 17Sun, Jun 18Mon, Jun 19Tue, Jun 20Wed, Jun 21Thu, Jun 22Fri, Jun 23Sat, Jun 24Sun, Jun 25Mon, Jun 26Tue, Jun 27Wed, Jun 28Thu, Jun 29Fri, Jun 30JulSat, Jul 01Sun, Jul 02Mon, Jul 03Tue, Jul 04Wed, Jul 05Thu, Jul 06Fri, Jul 07Sat, Jul 08Sun, Jul 09Mon, Jul 10Tue, Jul 11Wed, Jul 12Thu, Jul 13Fri, Jul 14Sat, Jul 15Sun, Jul 16Mon, Jul 17Tue, Jul 18Wed, Jul 19Thu, Jul 20Fri, Jul 21Sat, Jul 22Sun, Jul 23Mon, Jul 24Tue, Jul 25Wed, Jul 26Thu, Jul 27Fri, Jul 28Sat, Jul 29Sun, Jul 30Mon, Jul 31AugTue, Aug 01Wed, Aug 02Thu, Aug 03Fri, Aug 04Sat,

**Exhibit 5, p.5**

Aug 12Sun, Aug 13Mon, Aug 14Tue, Aug 15Wed, Aug 16Thu, Aug 17Fri, Aug 18Sat, Aug 19Sun, Aug 20Mon, Aug 21Tue, Aug 22Wed, Aug 23Thu, Aug 24Fri, Aug 25Sat, Aug 26Sun, Aug 27Mon, Aug 28Tue, Aug 29Wed, Aug 30Thu, Aug 31SepFri, Sep 01Sat, Sep 02Sun, Sep 03Mon, Sep 04Tue, Sep 05Wed, Sep 06Thu, Sep 07Fri, Sep 08Sat, Sep 09Sun, Sep 10Mon, Sep 11Tue, Sep 12Wed, Sep 13Thu, Sep 14Fri, Sep 15Sat, Sep 16Sun, Sep 17Mon, Sep 18Tue, Sep 19Wed, Sep 20Thu, Sep 21Fri, Sep 22Sat, Sep 23Sun, Sep 24Mon, Sep 25Tue, Sep 26Wed, Sep 27Thu, Sep 28Fri, Sep 29Sat, Sep 30OctSun, Oct 01Mon, Oct 02Tue, Oct 03Wed, Oct 04Thu, Oct 05Fri, Oct 06Sat, Oct 07Sun, Oct 08Mon, Oct 09Tue, Oct 10Wed, Oct 11Thu, Oct 12Fri, Oct 13Sat, Oct 14Sun, Oct 15Mon, Oct 16Tue, Oct 17Wed, Oct 18Thu, Oct 19Fri, Oct 20Sat, Oct 21Sun, Oct 22Mon, Oct 23Tue, Oct 24Wed, Oct 25Thu, Oct 26Fri, Oct 27Sat, Oct 28Sun, Oct 29Mon, Oct 30Tue, Oct 31NovWed, Nov 01Thu, Nov 02Fri, Nov 03Sat, Nov 04Sun, Nov 05Mon, Nov 06Tue, Nov 07Wed, Nov 08Thu, Nov 09Fri, Nov 10Sat, Nov 11Sun, Nov 12Mon, Nov 13Tue, Nov 14Wed, Nov 15Thu, Nov 16Fri, Nov 17Sat, Nov 18Sun, Nov 19Mon, Nov 20Tue, Nov 21Wed, Nov 22Thu, Nov 23Fri, Nov 24Sat, Nov 25Sun, Nov 26Mon, Nov 27Tue, Nov 28Wed, Nov 29Thu, Nov 30DecFri, Dec 01Sat, Dec 02Sun, Dec 03Mon, Dec 04Tue, Dec 05Wed, Dec 06Thu, Dec 07Fri, Dec 08Sat, Dec 09Sun, Dec 10Mon, Dec 11Tue, Dec 12Wed, Dec 13Thu, Dec 14Fri, Dec 15Sat, Dec 16Sun, Dec 17Mon, Dec 18Tue, Dec 19Wed, Dec 20Thu, Dec 21Fri, Dec 22Sat, Dec 23Sun, Dec 24Mon, Dec 25Tue, Dec 26Wed, Dec 27Thu, Dec 28Fri, Dec 29Sat, Dec 30Sun, Dec 31Jan 2018Mon, Jan 01Tue, Jan 02Wed, Jan 03Thu, Jan 04Fri, Jan 05Sat, Jan 06Sun, Jan 07Mon, Jan 08Tue, Jan 09Wed, Jan 10Thu, Jan 11Fri, Jan 12Sat, Jan 13Sun, Jan 14Mon, Jan 15Tue, Jan 16Wed, Jan 17Thu, Jan 18Fri, Jan 19Sat, Jan 20Sun, Jan 21Mon, Jan 22Tue, Jan 23Wed, Jan 24Thu, Jan 25Fri, Jan 26Sat, Jan 27Sun, Jan 28Mon, Jan 29Tue, Jan 30Wed, Jan 31FebThu, Feb 01Fri, Feb 02Sat, Feb 03Sun, Feb 04Mon, Feb 05Tue, Feb 06Wed, Feb 07Thu, Feb 08Fri, Feb 09Sat, Feb 10Sun, Feb 11Mon, Feb 12Tue, Feb 13Wed, Feb 14Thu, Feb 15Fri, Feb 16Sat, Feb 17Sun, Feb 18Mon, Feb 19Tue, Feb 20Wed, Feb 21Thu, Feb 22Fri, Feb 23Sat, Feb 24Sun, Feb 25Mon, Feb 26Tue, Feb 27Wed, Feb 28MarThu, Mar 01Fri, Mar 02Sat, Mar 03Sun, Mar 04Mon, Mar 05Tue, Mar 06Wed, Mar 07Thu, Mar 08Fri, Mar 09Sat, Mar 10Sun, Mar 11Mon, Mar 12Tue, Mar 13Wed, Mar 14Thu, Mar 15Fri, Mar 16Sat, Mar 17Sun, Mar 18Mon, Mar 19Tue, Mar 20Wed, Mar 21Thu, Mar 22Fri, Mar 23Sat, Mar 24Sun, Mar 25Mon, Mar 26Tue, Mar 27Wed, Mar 28Thu, Mar 29Fri, Mar 30Sat, Mar 31AprSun, Apr 01Mon, Apr 02Tue, Apr 03Wed, Apr 04Thu, Apr 05Fri, Apr 06Sat, Apr 07Sun, Apr 08Mon, Apr 09Tue, Apr 10Wed, Apr 11Thu, Apr 12Fri, Apr 13Sat, Apr 14Sun, Apr 15Mon, Apr 16Tue, Apr 17Wed, Apr 18Thu, Apr 19Fri, Apr 20Sat, Apr 21Sun, Apr 22Mon, Apr 23Tue, Apr 24Wed, Apr 25Thu, Apr 26Fri, Apr 27Sat, Apr 28Sun, Apr 29Mon, Apr 30

**Exhibit 5, p.6**

There are still three allegations pending a decision. An individual investigation may contain multiple allegations. Explore all resolved cases and open allegations below.

## All Resolved Cases & Open Allegations

■ 8 cases had no violations or corrective changes

■ 3 open allegations

| Date Open ↓ | Date Resolved | Duration | Outcome | Details |
|---|---|---|---|---|
| Jun. 9, 2017 | Currently under investigation | 1 year 8 months 6 days | ■ Pending | The following issues are being investigated:<br><br>**Title IX - Retaliation** |
| Jun. 9, 2017 | Currently under investigation | 1 year 8 months 6 days | ■ Pending | The following issues are being investigated:<br><br>**Title IX - Sexual Violence** |
| May 5, 2017 | Sep. 15, 2017 | 4 months 10 days | ■ Resolved: No violations or corrective changes | The issue and the outcome provided, for this case:<br><br>**Discipline**: Allegation is speculative, conclusory, or incoherent. |
| Feb. 3, 2017 | Apr. 24, 2017 | 2 months 21 days | ■ Resolved: No violations or corrective changes | The issues and the outcomes provided, for this case:<br><br>**Different Treatment/Exclusion/Denial of Benefits (other)**: Complaint is not timely.<br><br>**Different Treatment/Exclusion/Denial of Benefits (other)**: Complaint is not timely. |
| Jan. 27, 2017 | Jun. 15, 2017 | 4 months 19 days | ■ Resolved: No violations or corrective changes | The issues and the outcomes provided, for this case:<br><br>**Non-academic services**: Complaint is not timely.<br><br>**Sexual Harassment (sexual** |

Exhibit 5, p.7

| | | | | |
|---|---|---|---|---|
| | | | | 06/03/19: Allegation fails to state a violation. |
| Nov. 3, 2016 | Currently under investigation | 2 years 3 months 12 days | 🟢 Pending | The following issues are being investigated:<br><br>**Title IX - Sexual Violence** |
| Sep. 9, 2016 | Nov. 3, 2016 | 1 month 25 days | ⬛ Resolved: No violations or corrective changes | The issue and the outcome provided, for this case:<br><br>**Sexual Harassment (sexual violence)**: Consent not received or complainant withdraws allegation, refuses to give information or cannot be reached. |
| May 19, 2016 | Nov. 3, 2016 | 5 months 15 days | ⬛ Resolved: No violations or corrective changes | The issue and the outcome provided, for this case:<br><br>**Sexual Harassment (sexual violence)**: Consent not received or complainant withdraws allegation, refuses to give information or cannot be reached. |
| Apr. 28, 2016 | Sep. 1, 2017 | 1 year 4 months 4 days | ⬛ Resolved: No violations or corrective changes | The issue and the outcome provided, for this case:<br><br>**Academic adjustments**: Insufficient evidence to infer discrimination or non-compliance. |
| Jun. 1, 2015 | Jul. 2, 2015 | 1 month 1 day | ⬛ Resolved: No violations or corrective changes | The issue and the outcome provided, for this case:<br><br>**Retaliation**: Consent not received or complainant withdraws allegation, refuses to give information or cannot be reached. |
| Nov. 13, 2014 | Apr. 3, 2015 | 4 months 21 days | ⬛ Resolved: No violations or corrective changes | The issues and the outcomes provided, for this case:<br><br>**Disability Harassment (other)**: Complaint is not timely. |

**Exhibit 5, p.8**

**Treatment/Exclusion/Denial of Benefits (other)**: Insufficient evidence to infer discrimination or non-compliance.

**Retaliation**: Allegation fails to state a violation.

### Source

Resolved cases: U.S. Department of Education, obtained through the Freedom of Information Act. Open allegations: U.S. Department of Education

### Notes

The resolved data includes all cases the Office for Civil Rights reported as resolved between Jan. 20, 2015, and May 2, 2018. ProPublica has also added about 220 cases, most of which were resolved in a two-week period in December 2017, that were omitted from the most recent data provided by the Department of Education. Dates for when these cases were opened are not yet available.

The open case data includes open cases as of April 27, 2018. Unlike the resolved data, each entry in the open case data represents an individual allegation that may be associated with a broader probe. Similarly, there may be multiple open cases, even if only one allegation appears on a school's page. We will be updating the open investigation data as it becomes available. If you notice any errors, or if you know of civil rights cases at a school or district that are not represented in our data, contact annie.waldman@propublica.org.

If an investigation found insufficient evidence of noncompliance, or all claims in a case were dismissed or administratively closed, we considered the case to be resolved with no findings of violations or corrective change. If OCR settled with an entity through a resolution agreement, enforcement, a complaint mediation process, or other OCR involvement, we considered the case to be resolved with findings of violations or corrective change. If one allegation in a case resulted in a finding of noncompliance or corrective change, we marked the entire case as having findings of noncompliance or corrective change.

ProPublica has also standardized comparable resolution and allegation issue descriptions.

ProPublica                                              About Us

Exhibit 5, p.9

- ProPublica Illinois
- The Data Store
- Topics
- Series
- News Apps
- Get Involved
- Impact
- Corrections

- Board and Advisors
- Officers and Staff
- Jobs and Fellowships
- Reports
- Media Center
- Advertising Policy
- Code of Ethics
- Privacy Policy

- Subscribe by Email
- Subscribe by RSS
- Twitter
- Facebook
- iOS and Android
- Podcast

- Leak to Us
- Steal Our Stories
- Contact Us
- Donate

ProPublica

© Copyright 2019 Pro Publica Inc.

**Exhibit 5, p.10**