CONFIDENTIAL

## Allegations Forming the Basis for the University-Initiated Investigation of ▓▓▓▓

August 28, 2018

*Prepared by the Office of Institutional Equity*

Our office has been informed of conduct by you ▓▓▓▓ that, if substantiated, may constitute a violation of the University policy on Anti-Harassment (III.C.1). Specifically, the allegations, if substantiated, may constitute Harassment and/or Sexual Violence as defined in the Anti-Harassment Policy.

It is alleged that, on the evening of August 16, 2018, you met up with ▓▓▓▓ at a party ("Party 1") at a house occupied by members of the Purdue Men's Swimming & Diving Team, of which you are also a member. After staying at that party for approximately 30 minutes, you and ▓▓▓▓ walked with friends to another party ("Party 2"). While at both parties, you and ▓▓▓▓ were drinking alcohol.

It is alleged that, at Party 2, you became aggressive and possessive with ▓▓▓▓ including grabbing her by the waist and pulling her back to you when she tried to walk away from you. It is alleged that, in an effort to "make out" with ▓▓▓▓ you pushed her into a windowsill, causing a gash on her leg. It is further alleged that you kept trying to pull up ▓▓▓▓ shirt during the party while other people were present and that ▓▓▓▓ had to keep pulling her shirt back down. Additionally, it is alleged while you were both in the kitchen of the house and after you sat her down in a recliner, you penetrated her vagina with your finger(s) without her consent.

It is further alleged that you and your male friend walked ▓▓▓▓ and her roommate back to their residence hall room at Meredith Hall. When ▓▓▓▓ roommate escorted your male friend to the bathroom, you sexually assaulted ▓▓▓▓ by forcing her to perform oral sex on you, inserting your finger(s) into her vagina, inserting your finger(s) into her anus, and attempting to insert your penis into her vagina, all without her consent.

It is further alleged that during this incident, you bit ▓▓▓▓ on her breasts and neck without her consent, causing injury to ▓▓▓▓ It is further alleged that you may have strangled ▓▓▓▓ causing bruising on her neck and throat.

Finally, it is alleged that, at some point during this incident, you locked the door to the residence hall room so that ▓▓▓▓ roommate could not enter and that you did this without ▓▓▓▓ knowledge or consent.

**Exhibit 12**