# PURDUE UNIVERSITY

OFFICE OF THE DEAN OF STUDENTS

August 28, 2018

▇▇▇▇▇▇
220 English Oak Rd
Simpsonville, SC 29681-5105

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2018015102

Dear ▇▇▇▇▇

Information has been received by the Office of the Dean of Students-Office of Student Rights and Responsibilities from the Purdue University Office of Institutional Equity which indicates that you were involved in an alleged violation of Purdue University Regulations pertaining to the sexual assault and physical abuse of another Purdue University student.

Because of the severity of these alleged violations and the risk that your continued presence poses to the health and safety to the university community, you are hereby *summarily suspended* from Purdue University pending the resolution of these pending charges with the Office of Institutional Equity. This summary suspension status prohibits you from registering and/or attending classes at Purdue University, any regional campus, or statewide technology location. Additionally, you are restricted from participating in any programs or services of the University (ex. Study Abroad) or from being present on any campus grounds owned, controlled, or supervised by Purdue University.

As defined in the Purdue University Student Regulations Governing Student Conduct, Disciplinary Proceedings, and Appeals (purdue.edu/studentregulations/student_conduct/regulations.html), "Summary action shall be taken only if the President, Provost, Vice Provost for Student Life or Dean of Students is satisfied that the continued presence of the student on University property threatens harm to the student or to any other persons or to the property of the University or of others."

Additional information will follow from the Office of Institutional Equity regarding the process for you to respond to these alleged violations. If there is a need for you to be on the Purdue University campus, you may contact Associate Dean of Students Jeffery Stefancic to make this request at 765-494-1250 or jpstefan@purdue.edu.

In addition, please be advised that a student subject to summary action (ex. summary suspension) may submit a written appeal to the Conduct Officer of record within ten University business days of receiving notice of the summary action. The appeal may be accompanied by written evidence, which may include the testimony of witnesses, bearing on the issue of whether summary action is appropriate in the case.

The appeal will be forwarded to the University official who made the original summary action (i.e. the Dean of Students, the Vice Provost for Student Life, the Provost or the President, as applicable) for review and reconsideration. A favorable decision on the appeal shall be limited to lifting the summary action and shall not affect the conduct of the hearing and any appeal in the related disciplinary

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

Exhibit 13, p.1

proceeding.

If you wish to appeal this summary action taken you may do so in writing to Dean of Students, Dr. Katherine Sermersheim by completing the appeal form at this link: http://bit.ly/2y5QlOG by Wednesday, September 12, 2018.

Sincerely,

Katherine L. Sermersheim, Ph.D.
Dean of Students

CC:   John Cox, Chief of Police, Purdue Police Department
      Erin Oliver, Director, Office of Institutional Equity
      Jeffery Stefancic, Office of Student Rights and Responsibilities
      Dr. Edward Howat, Senior Associate Athletics Director, Purdue Athletics

CONFIDENTIAL

## Allegations Forming the Basis for the University-Initiated Investigation of ▮

August 28, 2018

*Prepared by the Office of Institutional Equity*

Our office has been informed of conduct by you [▮ that, if substantiated, may constitute a violation of the University policy on Anti-Harassment (III.C.1). Specifically, the allegations, if substantiated, may constitute Harassment and/or Sexual Violence as defined in the Anti-Harassment Policy.

It is alleged that, on the evening of August 16, 2018, you met up with Ms. ▮ at a party ("Party 1") at a house occupied by members of the Purdue Men's Swimming & Diving Team, of which you are also a member. After staying at that party for approximately 30 minutes, you and ▮ walked with friends to another party ("Party 2"). While at both parties, you and ▮ were drinking alcohol.

It is alleged that, at Party 2, you became aggressive and possessive with ▮ including grabbing her by the waist and pulling her back to you when she tried to walk away from you. It is alleged that, in an effort to "make out" with ▮ you pushed her into a windowsill, causing a gash on her leg. It is further alleged that you kept trying to pull up ▮ shirt during the party while other people were present and that ▮ had to keep pulling her shirt back down. Additionally, it is alleged while you were both in the kitchen of the house and after you sat her down in a recliner, you penetrated her vagina with your finger(s) without her consent.

It is further alleged that you and your male friend walked ▮ and her roommate back to their residence hall room at Meredith Hall. When ▮ roommate escorted your male friend to the bathroom, you sexually assaulted ▮ by forcing her to perform oral sex on you, inserting your finger(s) into her vagina, inserting your finger(s) into her anus, and attempting to insert your penis into her vagina, all without her consent.

It is further alleged that during this incident, you bit ▮ on her breasts and neck without her consent, causing injury to ▮ It is further alleged that you may have strangled ▮ causing bruising on her neck and throat.

Finally, it is alleged that, at some point during this incident, you locked the door to the residence hall room so that ▮ roommate could not enter and that you did this without ▮ knowledge or consent.

Exhibit 13, p.3