USDC IN/ND case 4:19-cv-00056-TLS-JPK   document 23-14   filed 08/09/19   page 1 of 2

August 31, 2018

Re: Appeal of Summary Suspension, Case Number 2018015102

I am writing to appeal the summary suspension imposed as a result of allegations made by ▓▓▓▓▓▓. I did not engage in Harassment, Sexual Violence, or any other act which would violate Purdue's Anti-Harassment Policy. All contact that I had with ▓▓▓▓ was consensual.

I met ▓▓▓▓ on Tinder. On August 16, 2018 she initiated contact with me. After learning that I was at a party at the home of two Purdue swimmers, she arrived with a friend. At the party, I consumed a moderate amount of alcohol. Around 11:30 p.m., ▓▓▓▓, her friend, ▓▓▓▓▓▓, and I walked together to another house party. I did not consume any alcohol after leaving the party at the swimmers house.

When we arrived at the second party, ▓▓▓▓ and I talked and then mutually danced together, including "grinding" (she had her back to me with her rear pressed up against my waist). During that time, we looked at each other and kissed. This was clearly consensual and in a crowded room with numerous witnesses. ▓▓▓▓ and I then mutually decided to go to an adjacent room for more privacy. We engaged in more kissing and had brief, consensual sexual contact.

I then went outside, due to the hot temperature inside, to cool off. While outside, ▓▓▓▓ approached me to go home and ▓▓▓▓ and her friend were waiting on the front porch. We all decided to walk back to Meredith Hall. When we arrived at Meredith, ▓▓▓▓ and her friend welcomed ▓▓▓ and I inside and ▓▓▓▓ took me to her room. Clearly, if she believed anything at the prior party was non-consensual, she would not have taken me to her room.

While in ▓▓▓▓'s room, we kissed and then she took off her own shirt and bra. I said to her that if you don't want to do anything, we do not have to. She replied "OK". She then proceeded to both initiate and actively participate in additional sexual contact. She did not at any time communicate that she did not want to participate. To the contrary, she removed her own clothes and initiated sexual contact with me.

▓▓▓▓▓▓ was among the witnesses at the second party. I have uploaded a picture file of his statement. ▓▓▓ confirms that ▓▓▓▓ was smiling and actively kissing me at the party. This directly contradicts ▓▓▓▓'s version of events.

I respectfully request that the summary suspension be lifted so that I may attend classes while the investigation is pending. If the suspension is not lifted, I will suffer a meaningful penalty without having the opportunity to defend myself in the Anti-Harassment proceedings. Furthermore, there are almost certainly other witnesses who will be identified during the OIE investigation. I am confident that the evidence will demonstrate that all contact that I had with ▓▓▓▓ was consensual.

**Exhibit 14, p.1**

▓▓▓▓ and I do not any classes together nor any other reason to see each other. I am agreeable to any mutual no-contact agreement while this matter is pending. I do not pose any threat to ▓▓▓▓ or the Purdue community.

Thank you for your consideration of this appeal of the summary suspension.

                                   Sincerely,

**Exhibit 14, p.2**