

OFFICE OF THE DEAN OF STUDENTS

September 4, 2018

▬▬▬▬▬

Sent electronically to ▬▬▬ @purdue.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2018015102

▬▬▬

I have received and reviewed the appeal documents you have submitted regarding your Summary Suspension status. Upon careful review of the information submitted, I have decided to deny your appeal and to maintain the Summary Suspension. Information will be forthcoming from the Office of Institutional Equity regarding how to respond to the alleged behavior.

While this matter is still pending, you are highly encouraged to consider options to withdraw from the University for the Fall 2018 semester. It is likely that the conduct process for this situation will not be resolved until the week of October 29th at the earliest. In the event that this situation is resolved favorably for you that will mean you will have at least of eight weeks of course work to make up, a challenging task even under the most optimal of situations. In the event that a disciplinary decision occurs that further impacts your eligibility to enroll at Purdue, then there may be significant financial impact to you and your family.

If you would like to discuss withdrawing from the University while this matter is fully resolved, you are encouraged to contact Mr. Steven Yeagley, Associate Dean of Students for Crisis Management at 765-494-1747 or yeagley@purdue.edu

*Katherine L. Sermersheim*

Katherine L. Sermersheim, Ph.D.
Dean of Students

CC:  John Cox, Chief of Police, Purdue Police Department
 Dr. Edward Howat, Senior Associate Athletics Director, Purdue Athletics
 Erin Oliver, Director, Office of Institutional Equity

Schleman Hall of Student Services, Room 207 ■ 475 Stadium Mall Drive ■ West Lafayette, IN 47907-2050
(765) 494-1747 ■ TTY: (765) 494-1239 ■ Fax: (765) 496-1550 ■ URL: www.purdue.edu/odos

Exhibit 15, p.1

Jeffery Stefancic, Associate Dean of Students, Student Rights and Responsibilities
Lee Morrision, Assoiciate Director, University Residences

Exhibit 15, p.2