UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JOHN DOE, | ) |
| PLAINTIFF, | ) |
| vs. | ) Case No: 4:19-CV-00056-TLS-JPK |
| PURDUE UNIVERSITY, KATHERINE L. SERMERSHEIM, | ) |
| DEFENDANTS. | ) |

**STIPULATION REGARDING CONTENTION INTERROGATORIES**

Plaintiff John Doe and Defendants the Trustees of Purdue University ("Purdue") and Katherine Sermersheim, by counsel, stipulate in reference to the Court's minute entry at ECF No. 110, as follows:

1. On or before December 7, 2020, Purdue will provide Plaintiff unredacted copies of the document numbers listed in Plaintiff's supplemental responses (served October 30, 2020) to Purdue's Interrogatory Nos. 11-16.

2. Within thirty business days of receipt of said unredacted copies, Plaintiff will provide supplemental responses to Purdue's Interrogatory Nos. 11-16.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric J. Rosenberg (w/permission) | /s/ William P. Kealey |
| Eric J. Rosenberg (Ohio Bar No. 0069958) | William P. Kealey, Atty. No. 18973-79 |
| Rosenberg & Ball Co. LPA | Matthew M. Humble, Atty. No. 35259-53 |
| 205 S. Prospect Street | STUART & BRANIGIN LLP |
| Granville, Ohio 43023 | 300 Main Street, Suite 900 |
| 740.644.1027 phone | P.O. Box 1010 |
| 866.498.0811 fax | Lafayette, IN 47902-1010 |
| erosenberg@rosenbergball.com | Email: wpk@stuartlaw.com |
| ***Attorney for Plaintiff*** | mmh@stuartlaw.com |
| | Telephone: 765.423.1561 |
| | ***Attorneys for Defendants*** |

1343329-1