**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION OF LAFAYETTE**

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-56-TLS-JPK |
| | ) | |
| Purdue University; et al. | ) | |
| | ) | |
| Defendants | ) | |

**Plaintiff's Motion For A Telephonic Hearing**
**Regarding The Parties' Discovery Status Reports In ECF 116-17**

Plaintiff respectfully requests a telephonic hearing with Judge Kolar to address the Parties' divergent views in ECF 116-17 which detail the Parties' view regarding how to proceed with discovery in light of this Court's minute entries in ECF 110-115.

Plaintiff asked Defendants to allow Plaintiff to file this motion as an unopposed motion. *See, Exhibit 1,* p.1. Plaintiff also offered to schedule a meet and confer conference to discuss the motion. *Id.* Defendants declined and suggested a remedy for the Parties' disagreements in ECF 116-17 is new motion to compel and/or discovery requests. *Id.,* p.2. Plaintiff disagreed in part because Plaintiff's Counsel believes this Court manifest a willingness - at the hearing that generated ECF 110-115 - to work with the parties to avoid Defendants' proposed remedies. *Id.,* p.3.

As fully explained in Plaintiff's earlier motions to compel, the discovery Plaintiff seeks in ECF 117 is relevant to claims and defenses in this case. Moreover, Defendants' decision to withhold this critical discovery is crippling Plaintiff's ability to provide the supplemental evidence Purdue is demanding Plaintiff provide in response to Purdue's Interrogatories 11-17. *Id.*

Therefore, Plaintiff requests a telephonic hearing to address the Parties' conflicting views in ECF 116-17 in the hopes of avoid a third motion to compel the evidence being sought in ECF 117.

Respectfully Submitted,

/s/ Eric J. Rosenberg
Eric J. Rosenberg (Ohio Bar No. 0069958)
Rosenberg & Ball Co. LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
erosenberg@rosenbergball.com

**Certificate of Service**

I certify that on December 11, 2020, I filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all registered parties.

/s/ Eric Rosenberg