Gmail

Eric Rosenberg <erosenberg@rosenbergball.com>

# proposed motion for status conference

3 messages

**Eric Rosenberg** <erosenberg@rosenbergball.com> Mon, Dec 7, 2020 at 8:39 AM
To: "Kealey, William P." <WPK@stuartlaw.com>

Mr. Kealey:

I attach a motion that I would like to file with the Court requesting a status conference to discuss our divergent views on how to proceed with discovery in light of the Court's recent orders.

Prior to December 10th, please let me know if I may file the motion as an unopposed motion. If I do not hear from you by then, I will assume you oppose the motion and file it as an opposed motion.

As always, I would be happy to engage in a meet and confer conference to discuss the attached motion. If this is your desire, please provide me a few dates and times this week that work for you.

Sincerely,

Eric Rosenberg, Esq.
Rosenberg & Ball Co. LPA
205 South Prospect Street
Granville, Ohio 43203
888.680.6797 office
740.644.1027 direct
866.498.0811 fax
erosenberg@rosenbergball.com

Confidentiality Notice

This e-mail message is intended for use only by the individual or entity to which it is addressed. This message may contain information that is privileged or confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to receive and deliver it to the named addressee). If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail. Thank you.

**20201206 motion for status conference.pdf**
94K

**Kealey, William P.** <WPK@stuartlaw.com> Wed, Dec 9, 2020 at 5:20 PM
To: Eric Rosenberg <erosenberg@rosenbergball.com>
Cc: "Humble, Matthew M." <MMH@stuartlaw.com>

Eric,

I don't see any need for a status conference. Both sides are in the midst of performing stipulated or docketed discovery steps. Pending those stipulated steps, there is no ripe contention that either side is in non-compliance with any court-ordered discovery response. In my experience, a status conference request specifies the matters on which the conference is requested, and those matters are typically limited to case management, such as scheduling. A status conference is not a substitute for serving discovery requests or moving to compel. See attached order from one of my other cases.

Exhibit 1, p.1

Bill

**William P. Kealey**
Stuart & Branigin LLP
(765) 428-7077

[Quoted text hidden]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Order Denying Motion for Case Management Conference.PDF**
23K

---

**Eric Rosenberg** <erosenberg@rosenbergball.com> Fri, Dec 11, 2020 at 7:37 AM
To: "Kealey, William P." <WPK@stuartlaw.com>
Cc: "Humble, Matthew M." <MMH@stuartlaw.com>

Counsel:

I respectfully disagree with your suggestion that a remedy for our disagreements in ECF 116-17 is new motion to compel and/or discovery requests. This is partly because I believe the Court manifest a willingness - at our last hearing - to work with the parties to avoid the remedies you propose.

Moreover, defendants' insistence on withholding the discovery John Doe seeks in ECF 117 is crippling his ability to provide the supplemental responses you seek for Purdue's Interrogatories 11-17. It is also prohibiting John Doe from rebutting defendants' allegation that he was not discriminated against on the basis of his gender. Therefore, I believe the facts in this case are distinguishable from those detailed in the order attached to your email.

That being said, based on your suggestion, the motion I file will request a telephonic hearing instead of a status conference.

Sincerely,

Eric Rosenberg, Esq.
Rosenberg & Ball Co. LPA
205 South Prospect Street
Granville, Ohio 43203
888.680.6797 office
740.644.1027 direct
866.498.0811 fax
erosenberg@rosenbergball.com

Confidentiality Notice

This e-mail message is intended for use only by the individual or entity to which it is addressed. This message may contain information that is privileged or confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to receive and deliver it to the named addressee). If you have received this transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail. Thank you.

Exhibit 1, p.2

[Quoted text hidden]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| JANE DOE,<br>Plaintiff,<br><br>v.<br><br>PURDUE UNIVERSITY and<br>LANCE DUERFAHRD,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>CAUSE NO.: 4:18-CV-72-JVB-JEM |

**ORDER**

This matter is before the Court on Plaintiff's Motion for a Case Management Conference [DE 69] filed February 10, 2020. Plaintiff requests that the Court set this matter for a case management conference because more discovery is needed and the parties have unresolved disputes about discovery.

The Court held a preliminary pretrial conference on May 20, 2019, at which it set discovery deadlines in this case, none of which have expired. Plaintiff does not explain what dates need to be extended or how much longer is needed, nor does she describe her attempts to get opposing counsel to agree to an extension as required by Local Rule 6-1. N.D. Ind. L.R. 6-1(a). Although she mentions disputes over discovery, no motions to compel have been filed in this case, and there is no certificate of good faith attempt to resolve the dispute as required by Local Rule 37-1 and Federal Rule of Civil Procedure 37. The Court declines to hold a hearing on unexplained discovery disputes or requests for unspecified extensions of time.

Accordingly, the Court hereby **DENIES** Plaintiff's Motion for a Case Management Conference [DE 69] **with leave to file** motions for extensions of time or motions to compel discovery, as needed, in accordance with the applicable Federal and Local Rules.

In addition, the Court notes that the parties were ordered to complete mediation and file a report with the Court on or before October 4, 2019, but have not done so. Accordingly, the Court **ORDERS** the parties to file a report of parties' mediation attempts or joint request for extension of that deadline on or before **February 20, 2020**.

So ORDERED this 12th day of February, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. Martin
UNITED STATES DISTRICT COURT

cc: All counsel of record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION OF LAFAYETTE**

| | | |
|---|---|---|
| John Doe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-56-TLS-JPK |
| | ) | |
| Purdue University; et al. | ) | |
| | ) | |
| Defendants | ) | |

---

**Plaintiff's Unopposed Motion For A Status Conference**
**Regarding The Parties' Discovery Status Reports In ECF 116-17**

---

Plaintiff respectfully requests a status conference with Judge Kolar to address the Parties' divergent views in ECF 116-17 which detail the Parties' view regarding how to proceed with discovery in light of this Court's minute entries in ECF Nos. 110-115. Defendants do not oppose Plaintiff's motion.

Respectfully Submitted,

/s/ Eric J. Rosenberg
Eric J. Rosenberg (Ohio Bar No. 0069958)
Rosenberg & Ball Co. LPA
205 South Prospect Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
erosenberg@rosenbergball.com

**Certificate of Service**

I certify that on December 11, 2020, I filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all registered parties.

/s/ Eric Rosenberg