## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | Case No: 4:19-CV-00056-TLS-JPK |
| | ) | |
| PURDUE UNIVERSITY, KATHERINE | ) | |
| L. SERMERSHEIM, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants, pursuant to FRCP 41(a)(1)(A)(ii), now stipulate to a dismissal, with prejudice of their claims against each other, with no costs or attorneys' fees being taxed against any party.

Respectfully submitted,

/s/ Eric Rosenberg
Eric J. Rosenberg (Ohio Bar No. 0069958)
Rosenberg & Ball Co. LPA
205 S. Prospect Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
erosenberg@rosenbergball.com
***Attorney for Plaintiff***

/s/ William P. Kealey
William P. Kealey, Atty. No. 18973-79
Matthew M. Humble, Atty. No. 35259-53
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Email: wpk@stuartlaw.com
        mmh@stuartlaw.com
Telephone: 765.423.1561
***Attorneys for Defendants***